# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jeffrey M. Ness, on behalf of
himself and all others similarly
situated,

       Plaintiffs,

v.                                                    Civil No. 13-185 (JNE/TNL)

John Doe, Tom Landwehr, Michael Campion,
Mona Dohman, State of Minnesota Department
of Natural Resources, and State of Minnesota
Department of Public Safety

       Defendants.
_____

Katherine Ann Sapp, Jennifer Lewis,
Maria Stodolka, and Holly Estey,
Individually and on behalf of all
others similarly situated,

       Plaintiffs,

v.                                                    Civil No. 13-286 (PAM/SER)

John Hunt, Keith Parker, Robert Maki,
Steve Lime, Charlie Regnier, Stan Gruska,
Sheila Deyo, Michael Campion, Mona
Dohman, Tom Landwehr, John and Jane
Doe
       Defendants.

---

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

     Case No. 13-CV-185 (JNE/TNL) having been assigned to Judge Joan N. Ericksen and Case No. 13-CV-286 (PAM/SER) having later been assigned to Judge Paul A. Magnuson, and said matters being related cases,

     **IT IS HEREBY ORDERED** that Case No. 13-CV-286 (PAM/SER) be assigned to Judge Joan N. Ericksen and Magistrate Judge Tony N. Leung, nunc pro tunc, by use of a card

from the appropriate deck in the automated case assignment system.  The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases Order filed December 19, 2008.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: March 5, 2013                                    s/Joan N. Ericksen
                                                        JOAN N. ERICKSEN
                                                        United States District Judge


Dated: March  6, 2013                                   s/Paul A. Magnuson
                                                        PAUL A. MAGNUSON
                                                        United States District Judge